UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO GARCIA SANDOVAL, BP9555,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN BERNAL, et al.,<br><br>Defendant(s). | Case No. 22-cv-06863-CRB  (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

On August 7, 2023, the post office returned the court's mail to plaintiff as undeliverable because plaintiff is no longer at the California Training Facility in Soledad, CA. ECF No. 14 at 1. Because more than 60 days have passed since the court's mail to plaintiff was returned as undeliverable, and the court has received no written communication from plaintiff indicating a current address, the case is DISMISSED without prejudice pursuant to Local Rule 3-11(b).

The clerk is instructed to close the file and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: October 23, 2023

CHARLES R. BREYER
United States District Judge